1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   MARIA ALICIA QUINTANA,           | Case No. CV 15-7826 SS

12                 Plaintiff,          |

13        v.                          |              **JUDGMENT**

14   CAROLYN W. COLVIN, Acting        |
     Commissioner of Social          |
15   Security,                       |

16                 Defendant.         |

17   _____

18        IT  IS  ADJUDGED  that  the  decision  of  the  Commissioner  is

19   REVERSED  and  that  the  above-captioned  action  is  REMANDED  to  the

20   Commissioner   for   further   action   consistent   with   the   Court's

21   Memorandum Decision and Order.

22

23   DATED:  August 5, 2016

24

25                                        /S/
                                       SUZANNE H. SEGAL
26                                     UNITED STATES MAGISTRATE JUDGE

27

28