JANNA K. LOWENSTEIN (SBN 225371)
Lowenstein Disability Lawyers, A.L.C.
15315 Magnolia Blvd., Suite 402
Sherman Oaks, CA 91403
Tel:   (818) 905 6611
Fax:   (818) 789 1375
Email: jklowenstein@yahoo.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ALICIA QUINTANA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CAROLYN W. COLVIN, ) <br> ACTING COMMISSIONER ) <br> OF SOCIAL SECURITY ) <br> ) <br> Defendant ) <br> _____) | CASE NO. CV 15-7826 SS <br><br> ORDER AWARDING ATTORNEYS FEES PURSUANT TO EAJA, 28 U.S.C. § 2412(d), AND COSTS, PURSUANT TO 28 U.S.C. § 1920 <br><br> _____ |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorney's fees under EAJA,

IT IS HEREBY ORDERED

That EAJA fees are awarded in the amount of $4,350.00, subject to the terms of the stipulation.

Dated:   11/07/16

_____/S/_____
SUZANNE SEGAL
U.S. Magistrate Judge